

ALAN WEINREB, ESQ.   C. LANCE MARGOLIN, ESQ.   CYNTHIA A. NIERER, ESQ.

165 Eileen Way, Suite 101
Syosset, New York 11791

T. (516) 921-3838
F. (516) 921-3824
www.nyfclaw.com

July 29, 2022

**VIA ECF**
Honorable Magistrate Judge Ramon E. Reyes, Jr.
United States District Court—EDNY
225 Cadman Plaza East, Courtroom 1230
Brooklyn, New York 11201

Re:     Windward Bora LLC v. Mosammat Begum, et al., 18-cv-06423-DLI-RER

Dear Magistrate Judge Reyes:

      We represent Plaintiff in the above-referenced matter. Please accept this letter on consent of the parties as a status report regarding settlement pursuant to Your Honor's July 12, 2022 Order. Plaintiff has prepared and provided Defendant's attorneys with the settlement agreement. Defendant's counsel is currently reviewing the document with Defendant. As such, we respectfully request that we be permitted to file an updated Status Report or Stipulation of Discontinuance by September 8, 2022.

      We thank the Court for its review of our submission.

                                          Respectfully Submitted,

                                          */s/ Alan H. Weinreb*
                                          Alan H. Weinreb

cc:  Shannon McKinley, Esq. and David J. Gerard, Esq., attorneys for Defendant Begum (via ECF)

**WE ARE A DEBT COLLECTOR AND ARE ATTEMPTING TO COLLECT A DEBT.
ANY INFORMATION OBTAINED WILL BE USED FOR THAT PURPOSE.**

The Margolin & Weinreb Law Group, LLP may be a debt collector attempting to collect a debt and any information obtained may be used for that purpose. If you are in a pending bankruptcy proceeding, The Margolin & Weinreb Law Group, LLP will take no action, except as allowed under the Bankruptcy Code. If you received a Chapter 7 discharge of this debt, this communication is not an attempt to collect the debt against you personally, but is notice of a possible enforcement against the collateral property.

